United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Gary F. Hartman, Jr.  
     Debtor

Case No. 15-14848-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Jul 20, 2016  
                     Form ID: 211     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2016.  
db         +Gary F. Hartman, Jr.,    59 West Wyomissing Avenue,    Mohnton, PA 19540-1917

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 21 2016 01:39:37  
           Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347  
                                                                                                                                     TOTAL: 1

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2016 at the address(es) listed below:  
        ALAINE V. GRBACH    on behalf of Debtor Gary F. Hartman, Jr. avgrbach@aol.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. Bank National Association, Et Al...  
         bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.epiqsystems.com  
        United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                                                                                                  TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                               Chapter: 7

    Gary F. Hartman, Jr.

Debtor(s)                                                         Case No: 15−14848−ref

___

### *ORDER*

AND NOW, 7/20/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 8/3/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                             For The Court

                                                             Richard E. Fehling

                                                             Judge ,United States Bankruptcy Court