Certificate Number: 16337-PAE-DE-027811994

Bankruptcy Case Number: 15-14848



16337-PAE-DE-027811994

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 26, 2016</u>, at <u>7:26</u> o'clock <u>PM EDT</u>, <u>Gary F Hartman</u> completed a course on personal financial management given <u>by internet</u> by <u>$ Education USA, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>July 26, 2016</u>           By:     <u>/s/Nisrene Tarraf</u>

Name:  <u>Nisrene Tarraf</u>

Title:  <u>Educator</u>